```
THOMAS P. O'BRIEN
United States Attorney
GREGORY W. STAPLES
Special Assistant to the United States Attorney General
California Bar Number: 155505
     United States Courthouse
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3535
     Facsimile: (714) 338-3564
     E-mail address: greg.staples@usdoj.gov

Attorney for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08CR1797-JLS |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| LUIS FRANCISCO ALARID, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-caption case. I certify that I am admitted to practice under CivLR 83.3.c.3-4.

Effective this date, the following attorneys are no longer associated with this case and should not receive any further

////

////

////

////

1 | Notices of Electronic filings relating to activity in this case:
2 | Peter Ko, Assistant U.S. Attorney, California State Bar no.
3 | 191994, telephone number (619) 557-6618, and e-mail address
4 | Pko@usa.doj.gov.
5 | DATED: June 9, 2008           Respectfully submitted,

```
                               _____/s/_____
                               GREGORY W. STAPLES
                               Special Assistant to the United
                               States Attorney General
```