MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs  LUIS FRANCISCO ALARID                No. 2008 CR 1797-JLS

The Court finds excludable delay, under the section indicated by check (✓),
commenced on __6/27/08__ and ended on __8/22/08__.

3161(h)

___(1)(A)    Exam or hrg for **mental or physical incapacity**                A

___(1)(B)    **NARA exam**ination (28:2902)                                    B

___(1)(D)    State or Federal trials or **other charges pending**              C

___(1)(E)    **Interlocutory appeals**                                         D

_X_(1)(F)    **Pretrial motions** (from flg to hrg or other prompt dispo)     (E)

___(1)(G)    **Transfers from other district** (per FRCrP 20, 21 & 40)         F

___(1)(J)    **Proceedings under advisement** not to exceed thirty days        G

___          Misc proc: Parole or prob rev, deportation, **extradition**       H

___(1)(H)    **Transportation** from another district or to/from examination   6
             or hospitalization in ten days or less

___(1)(I)    Consideration by Court of **proposed plea agreement**             7

___(2)       **Prosecution deferred** by mutual agreement                      I

___(3)(A)(B) **Unavailability of defendant** or **essential witness**          M

___(4)       Period of **mental or physical incompetence** of defendant to     N
             stand trial

___(5)       Period of **NARA commitment or treatment**                        O

___(6)       **Superseding indictment and/or new charges**                     P

___(7)       **Defendant awaiting trial of co-defendant** when no severance    R
             has been granted

___(8)(A)(B) **Continuance**s granted per (h)(8)-use "T" alone if more than    T
             one of the reasons below are given in support of continuance

___(8)(B)(i)(1) Failure to **continue** would stop further proceedings or      T1
             result in **miscarriage of justice**

___(8)(B)(ii)  2) **Case** unusual or **complex**                              T2

___(8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in       T3
             thirty (30) days

___(8)(B)(iv)  4) **Continuance** granted in order to obtain or **substitute** T4
             **counsel**, or give reasonable time to prepare

___3161(I)   Time up to **withdrawal of guilty plea**                          U

___3161(b)   **Grand jury indictment time extended** thirty (30) more days     W

Date __6/27/08__                                        _____
                                                        Judge's Initials