1  FRANK M. MANGAN
   California State Bar No. 57689
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   Telephone:  (619) 234-8467
4  frank_mangan@fd.org

5  Attorneys for Mr. Alarid

6

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE JANIS L. SAMMARTINO)**

11  UNITED STATES OF AMERICA,          )       CASE NO. 08CR1797-JLS
                                       )
12               Plaintiff,            )
                                       )       JOINT MOTION TO CONTINUE
13  v.                                 )       HEARING
                                       )
14  **LUIS FRANCISCO ALARID**,         )
                                       )
15               Defendant.            )
                                       )
16  _____   )

17      Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Frank M.

18  Mangan, and Federal Defenders of San Diego, counsel for Mr. Alarid, along with Assistant United States

19  Attorney Gregory Staples, that the motions hearing in the above-mentioned case should be continued from

20  August 22, 2008 at 1:30 p.m. until September 26, 2008 at 1:30 p.m.  The parties agree that time is excluded

21  under the Speedy Trial Act.

22      **SO STIPULATED.**

23

24  Dated:  August 5, 2008              */s/ Frank M. Mangan*
                                        FRANK M. MANGAN
25                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Mr. Alarid
26

27  Dated:  August 5, 2008              */s/ Gregory Staples*
                                        GREGORY STAPLES
28                                      Assistant United States Attorney

1

**CERTIFICATE OF SERVICE**

2      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

3  information and belief, and that a copy of the foregoing document has been served this day upon:

4  **Gregory W. Stapl**es
Assistant United States Attorney via email
5  411 West Fourth Street
Santa Ana, California  92701

6

7

8  Dated: August 5, 2008                    ___*/s/  Frank M. Mangan*_____
                                            FRANK M. MANGAN
9                                           Federal Defenders of San Diego, Inc.
                                            225 Broadway, Suite 900
10                                          San Diego, CA 92101-5030
                                            (619) 234-8467  (tel)
11                                          (619) 687-2666  (fax)
                                            e-mail: Frank_Mangan@fd.org

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2