UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR1797-JLS |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| LUIS FRANCISCO ALARID, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, that the Motion Hearing in the above-mentioned case, for Mr. Luis Francisco Alarid, is continued from August 22, 2008, at 1:30 p.m. until September 26, 2008, at 1:30 p.m. The Court finds that time is excluded under the Speedy Trial Act.

**SO ORDERED.**

DATED: August 6, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge